IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY BLACKBURN, #170041 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:04-CV-604-MHT |
| | ) | [WO] |
| | ) | |
| GLADYS DEESE, WARDEN | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

On June 9, 2006 (Doc. 15), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed despite two extensions of time.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation be and is hereby ADOPTED;

2. Defendant Deese's motion for summary judgment (Doc. 9) be GRANTED;

3. This case be dismissed with prejudice.

4. The costs of this proceeding be taxed against the plaintiff for which execution may issue.

Done this the 29th  day of June, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE