IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY BLACKBURN, #170041 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:04-CV-604-MHT |
| | ) | [WO] |
| | ) | |
| GLADYS DEESE, WARDEN | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, and that this action be and is hereby dismissed with prejudice and that the defendants recover the costs of this action.

Done this the 29th day of June, 2006.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE